**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6921**

———————

NED TRADER,

                                        Petitioner - Appellant,

        versus

UNITED STATES OF AMERICA,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Walter E. Black, Jr., Senior District Judge. (CA-98-3353-B)

———————

Submitted:  August 31, 1999        Decided:  September 9, 1999

———————

Before WIDENER, MURNAGHAN, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ned Trader, Appellant Pro Se.  Christine Manuelian, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ned Trader appeals the district court's order dismissing without prejudice his petition for habeas corpus relief filed under 28 U.S.C. § 2241 (1994) as an unauthorized second or successive motion under 28 U.S.C.A. §§ 2244(a), 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Trader, No. CA-98-3353-B (D. Md. Nov. 4, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED